## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

In re: U.S. v. William Valentin, 08-192 (GEB)

## PETITION FOR
### WRIT OF HABEAS CORPUS

1. William Valentin, prisoner number SBI000980733B, (DOB: 6/25/75) is now confined at New Jersey State Prison in Trenton, NJ.

2. Said individual will be required at Trenton, New Jersey, before the Honorable Garrett E. Brown, Trenton, NJ 08608, on Monday, September 22, 2008, at 10:00 a.m., for Motions in the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED:  September 18, 2008

Scott D. McBride
Assistant U.S. Attorney
Petitioner

---

Let the Writ Issue.

DATED:  9/18/08

### ORDER

Hon. Garrett E. Brown
United States District Judge

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the New Jersey State Prison in Trenton, NJ, YOU that you have the body of

### WILLIAM VALENTIN

now confined at New Jersey State Prison in Trenton, NJ, be brought to the United States District Court, before the Honorable Garrett E. Brown, in Thursday, NJ on Monday, September 22, 2008, 10:00 a.m., so that he may appear for Motions in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Garrett E. Brown
United States District Judge
Newark, New Jersey.

DATED:  9/18/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per.
Deputy Clerk